B1 (Official Form 1)(4/10)

# United States Bankruptcy Court
## Northern District of Illinois

**Voluntary Petition**

| | |
|---|---|
| **Name of Debtor** (if individual, enter Last, First, Middle):<br>**Lucien Lagrange Architects, Ltd.** | **Name of Joint Debtor** (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**36-3359807** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**605 North Michigan Ave.**<br>**4th Floor**<br>**Chicago, IL**          ZIP Code **60611** | Street Address of Joint Debtor (No. and Street, City, and State):          ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):          ZIP Code | Mailing Address of Joint Debtor (if different from street address):          ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

### Type of Debtor (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

### Filing Fee (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Lucien Lagrange Architects, Ltd.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)      (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10) Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Lucien Lagrange Architects, Ltd.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ DAVID K. WELCH**
Signature of Attorney for Debtor(s)
  **DAVID K. WELCH 06183621**
Printed Name of Attorney for Debtor(s)
  **Crane, Heyman, Simon, Welch & Clar**
Firm Name
  **Suite 3705**
  **135 South LaSalle Street**
  **Chicago, IL 60603-4297**
Address

  **312-641-6777  Fax: 312-641-7114**
Telephone Number
  **July 14, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Lucien J. Lagrange**
Signature of Authorized Individual
  **Lucien J. Lagrange**
Printed Name of Authorized Individual
  **President**
Title of Authorized Individual
  **July 14, 2010**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Lucien Lagrange Architects, Ltd.**   Case No.
Debtor(s)   Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Alecta Real Estate USA, LLC**<br>**Mid-America Asset Mgmt-605 NMA**<br>**One Parkview Plaza**<br>**Oakbrook Terrace, IL 60181** | **Alecta Real Estate USA, LLC**<br>**Mid-America Asset Mgmt-605 NMA**<br>**One Parkview Plaza**<br>**Oakbrook Terrace, IL 60181** | | **Disputed** | **65,936.73** |
| **American Express**<br>**Box 0001**<br>**Los Angeles, CA 90096** | **American Express**<br>**Box 0001**<br>**Los Angeles, CA 90096** | | | **17,090.38** |
| **Amy Graves**<br>**1130 North Dearborn**<br>**Apt. 3201**<br>**Chicago, IL 60610** | **Amy Graves**<br>**1130 North Dearborn**<br>**Apt. 3201**<br>**Chicago, IL 60610** | | **Contingent**<br>**Unliquidated**<br>**Disputed** | **6,166.67** |
| **Archtech Consulting, Inc.**<br>**111 E. Busse Ave.**<br>**Suite 601**<br>**Mount Prospect, IL 60056-3249** | **Archtech Consulting, Inc.**<br>**111 E. Busse Ave.**<br>**Suite 601**<br>**Mount Prospect, IL 60056-3249** | | **Disputed** | **20,877.86** |
| **Curtain Wall Design Consulting Inc**<br>**8070 Park Lane**<br>**Suite 400**<br>**Dallas, TX 75231-3836** | **Curtain Wall Design Consulting Inc**<br>**8070 Park Lane**<br>**Suite 400**<br>**Dallas, TX 75231-3836** | | **Disputed** | **124,271.42** |
| **Daniel Weinbach & Partners, Ltd**<br>**53 West Jackson**<br>**Suite 250**<br>**Chicago, IL 60604** | **Daniel Weinbach & Partners, Ltd**<br>**53 West Jackson**<br>**Suite 250**<br>**Chicago, IL 60604** | | **Disputed** | **85,772.50** |
| **Donald Weisberg**<br>**11 East Division**<br>**Unit 3**<br>**Chicago, IL 60610** | **Donald Weisberg**<br>**11 East Division**<br>**Unit 3**<br>**Chicago, IL 60610** | | **Disputed** | **1,000,000.00** |
| **Environmental Systems Design**<br>**175 West Jackson Blvd.**<br>**Suite 1400**<br>**Chicago, IL 60604** | **Environmental Systems Design**<br>**175 West Jackson Blvd.**<br>**Suite 1400**<br>**Chicago, IL 60604** | | **Disputed** | **747,055.57** |

B4 (Official Form 4) (12/07) - Cont.

In re  **Lucien Lagrange Architects, Ltd.**                                 Case No. _____
                            Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Essam A. Albakr<br>Evcom Investments<br>P.O. Box 64149<br>Riyadh Saudi Arabia   11536 | Essam A. Albakr<br>Evcom Investments<br>P.O. Box 64149<br>Riyadh Saudi Arabia   11536 | | Disputed | 135,301.15 |
| First Elysian Properties, LLC<br>11 East Walton Street<br>Chicago, IL 60611 | First Elysian Properties, LLC<br>11 East Walton Street<br>Chicago, IL 60611 | | Contingent<br>Unliquidated<br>Disputed | 2,000,000.00 |
| Ground Engineering Consultants, Inc<br>350 Pfingsten Road<br>Unit 106<br>Northbrook, IL 60062 | Ground Engineering Consultants, Inc<br>350 Pfingsten Road<br>Unit 106<br>Northbrook, IL 60062 | | Disputed | 4,250.00 |
| Halvorson and Partners, P.C.<br>600 West Chicago Ave.<br>Suite 650<br>Chicago, IL 60654 | Halvorson and Partners, P.C.<br>600 West Chicago Ave.<br>Suite 650<br>Chicago, IL 60654 | | Disputed | 143,821.24 |
| Hugh Lighting Design<br>115 S. Marion Street<br>Suite 100<br>Oak Park, IL 60302 | Hugh Lighting Design<br>115 S. Marion Street<br>Suite 100<br>Oak Park, IL 60302 | | Disputed | 29,476.40 |
| Jenkins & Huntington, Inc.<br>5 Climax Road<br>Avon, CT 06001 | Jenkins & Huntington, Inc.<br>5 Climax Road<br>Avon, CT 06001 | | Disputed | 10,522.11 |
| Prism Development Company, LLC<br>625 N. Michigan Ave.<br>Suite 500<br>Chicago, IL 60611 | Prism Development Company, LLC<br>625 N. Michigan Ave.<br>Suite 500<br>Chicago, IL 60611 | | Contingent<br>Unliquidated<br>Disputed | 34,479.60 |
| Shiner & Associates, Inc.<br>225 West Washington St.<br>Suite 1625<br>Chicago, IL 60606 | Shiner & Associates, Inc.<br>225 West Washington St.<br>Suite 1625<br>Chicago, IL 60606 | | Disputed | 24,081.02 |
| TGRWA, LLC<br>407 S. Dearborn St.<br>Suite 900<br>Chicago, IL 60605 | TGRWA, LLC<br>407 S. Dearborn St.<br>Suite 900<br>Chicago, IL 60605 | | Disputed | 58,234.76 |
| V3 Companies<br>7325 Janes Ave.<br>Suite 100<br>Woodridge, IL 60517 | V3 Companies<br>7325 Janes Ave.<br>Suite 100<br>Woodridge, IL 60517 | | Disputed | 239,748.54 |
| V3-Middle East Engineering Const.Co<br>P.O. Box 5480<br>Riyadh Saudi Arabia   11422 | V3-Middle East Engineering Const.Co<br>P.O. Box 5480<br>Riyadh Saudi Arabia   11422 | | | 7,500.00 |
| William Zbaren<br>2232 W. Giddings<br>Chicago, IL 60625 | William Zbaren<br>2232 W. Giddings<br>Chicago, IL 60625 | | | 8,119.95 |

**B4 (Official Form 4) (12/07) - Cont.**

In re  **Lucien Lagrange Architects, Ltd.**                                      Case No. _____
                            Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **July 14, 2010**                             Signature  **/s/ Lucien J. Lagrange**
                                                              **Lucien J. Lagrange**
                                                              **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Alecta Real Estate USA, LLC
Mid-America Asset Mgmt-605 NMA
One Parkview Plaza
Oakbrook Terrace, IL 60181

American Chartered Bank
Attn: HSA Processing Department
PO Box 5994
Carol Stream, IL 60197-5994

American Express
Box 0001
Los Angeles, CA 90096

Amy Graves
1130 North Dearborn
Apt. 3201
Chicago, IL 60610

Archtech Consulting, Inc.
111 E. Busse Ave.
Suite 601
Mount Prospect, IL 60056-3249

Arts Club of Chicago
201 East Ontario Street
Chicago, IL 60611

AT Conference Inc.
PO Box 2939
Southampton, NY 11969

AT&T Mobility
P.O. Box 6463
Carol Stream, IL 60197-6428

Best Imaging Solutions, Inc.
20 East Randolph St.
Mezz Floor
Chicago, IL 60601-3604

CDW Direct, LLC
PO Box 75723
Chicago, IL 60675-5723

Charter Sills & Associates
3808 West Springfield
Champaign, IL 61822

Citibusiness Card
Box 6001
The Lakes, NV 88901-6001

Commonwealth Edison Company
PO Box 6111
Carol Stream, IL 60197-6111

Continental Charter Services, Inc.
1200 West 35th Street
Chicago, IL 60609

Cornerstone National Bank & Trust
One West Northwest Highway
Palatine, IL 60067

Curtain Wall Design Consulting Inc
8070 Park Lane
Suite 400
Dallas, TX 75231-3836

Daniel Weinbach & Partners, Ltd
53 West Jackson
Suite 250
Chicago, IL 60604

Deltek Systems, Inc.
PO Box 79581
Baltimore, MD 21279-0581

Desman Associates
49 West 37th Street
Fifth Floor
New York, NY 10018

Dickinson Group, LLC
205 West Wacker Drive
Suite 1800
Chicago, IL 60606

Digital Imaging Resources, Inc.
650 W. Lake Street
Suite 120
Chicago, IL 60661

Donald Weisberg
11 East Division
Unit 3
Chicago, IL 60610

Dynamex
12837 Collections Center Drive
Chicago, IL 60693

Environmental Systems Design
175 West Jackson Blvd.
Suite 1400
Chicago, IL 60604

Essam A. Albakr
Evcom Investments
P.O. Box 64149
Riyadh Saudi Arabia 11536

Federal Express Corp.
PO Box 94515
Palatine, IL 60094-4515

First Choice Coffee Services
3535 Commercial Ave.
Northbrook, IL 60062

First Elysian Properties, LLC
11 East Walton Street
Chicago, IL 60611

Garvey's Office Products
PO Box 66667
Chicago, IL 60666-0667

Ground Engineering Consultants, In
350 Pfingsten Road
Unit 106
Northbrook, IL 60062

Halvorson and Partners, P.C.
600 West Chicago Ave.
Suite 650
Chicago, IL 60654

Pitney Bowes Inc.
PO Box 856390
Louisville, KY 40285-6390

Water Technology, Inc.
100 Park Ave.
P.O. Box 614
Beaver Dam, WI 53916

Hugh Lighting Design
115 S. Marion Street
Suite 100
Oak Park, IL 60302

Prism Development Company, LLC
625 N. Michigan Ave.
Suite 500
Chicago, IL 60611

William Zbaren
2232 W. Giddings
Chicago, IL 60625

Iron Mountain
PO Box 27128
New York, NY 10087-7128

Project Leadership Associates Inc.
200 West Adams
Suite 250
Chicago, IL 60606

WKP Design LLC
1055 W. Bryn Mawr Ave.
Suite F 180
Chicago, IL 60660

Jenkins & Huntington, Inc.
5 Climax Road
Avon, CT 06001

Rohner Letterpress
3729 North Ravenswood Ave.
Suite 117
Chicago, IL 60613

XO Communications LLC
14242 Collections Center Drive
Chicago, IL 60693-0142

Lerch Bates - US
8089 S. Lincoln
Suite 300
Littleton, CO 80122

Schiff Hardin LLP
6600 Sears Tower
Chicago, IL 60606-6473

Young H. Ki & Associates
8 South Michigan Ave.
Suite 300
Chicago, IL 60603

Lucien Lagrange
c/o Lucien Lagrange Architects Ltd.
605 N. Michigan Ave, 4th floor
Chicago, IL 60611

Shiner & Associates, Inc.
225 West Washington St.
Suite 1625
Chicago, IL 60606

Mighty Maids inc.
2950 N. Sheffield
Chicago, IL 60657

TGRWA, LLC
407 S. Dearborn St.
Suite 900
Chicago, IL 60605

Park Tower
800 N. Michigan Ave.
Chicago, IL 60606

Uline, Inc.
Attn: Accounts Receivable
220 S. Lakeside Drive
Waukegan, IL 60085

Paychex, Inc.
PO Box 4482
Carol Stream, IL 60197-4482

V3 Companies
7325 Janes Ave.
Suite 100
Woodridge, IL 60517

PHA Lighting Design
1145 Zonolite Road
Suite 10
Atlanta, GA 30306

V3-Middle East Engineering Const.Co
P.O. Box 5480
Riyadh Saudi Arabia 11422