IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LUCIEN LAGRANGE ARCHITECTS, LTD. | ) | Case No. 10-31268 |
| | ) | |
| | ) | Judge John H. Squires |
| Debtor/Debtor-in-Possession. | ) | |

## ORDER AUTHORIZING EMPLOYMENT OF
## FORAN, GLENNON, PALANDECH PONZI & RUDLOFF
## AS SPECIAL COUNSEL FOR DEBTOR

AT CHICAGO, Illinois in said Division and District before the Honorable John H. Squires, Bankruptcy Judge, this _12_ day of July 2010;

THIS MATTER COMING TO BE HEARD upon the Motion of Lucien Lagrange Architects, LTD., Debtor and Debtor in Possession herein, for Authority to Employ Special Counsel and for Related Relief ("Motion"), all as more fully set forth in the Motion; due and proper notice of the hearing on the Motion having been given; no objections having been interposed; and this Court being fully advised in the premises:

**NOW, THEREFORE, IT IS HEREBY ORDERED** as follows:

A)      The Debtor is authorized to retain Robert Boylan and the law firm of Foran, Glennon, Palandech & Ponzi and Rudloff as Special Counsel for the Debtor, pursuant to Section 327(e) of the Bankruptcy Code, to perform the necessary legal services on its behalf as described in the Motion, with compensation subject to further Court Order ; and

B)      The period required under Rule 6003 of the Federal Rules of Bankruptcy procedure is hereby shortened to that provided.

By the Court:

Bankruptcy Judge

AUG 1 2 2010

**DEBTOR'S COUNSEL**:
David K. Welch, Esq.  (Atty. No. 06183621)
Jeffrey C. Dan, Esq.   (Atty. No. 06242750)
Crane, Heyman, Simon, Welch & Clar
135 South LaSalle, Suite 3705
Chicago, Illinois  60603
(312) 641-6777