IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LUCIEN LAGRANGE ARCHITECTS, LTD. | ) ) | Case No. 10-31268 |
| | ) | |
| | ) | Judge Susan Pierson Sonderby |
| Debtor. | ) | |

## NOTICE OF MOTION

TO:    ATTACHED SERVICE LIST:

PLEASE TAKE NOTICE that on the 25th day of January, 2012 at 10:00 a.m. or as soon thereafter as counsel can be heard, I shall appear before the Honorable Susan Pierson Sonderby, Bankruptcy Judge, in the room usually occupied by her as courtroom 642 in the United States Bankruptcy Court in the Everett McKinley Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, or before any other Judge who may be sitting in her place and stead and shall present the **MOTION FOR ALLOWANCE OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES TO DEBTOR'S SPECIAL COUNSEL**, a copy of which is attached hereto and herewith served upon you, and shall pray for the entry of an Order in compliance therewith.

/s/Jeffrey C. Dan
Crane, Heyman, Simon, Welch & Clar
135 S. LaSalle, #3705
Chicago, IL 60603
(312) 641-6777

## CERTIFICATE OF SERVICE

STATE OF ILLINOIS    )
                     )
COUNTY OF COOK       )

The undersigned, being first duly sworn on oath deposes and states that a copy of the foregoing Notice and Motion was caused to be served via First Class Mail properly addressed and postage prepaid to all parties with an asterisk (*) and a copy of the Notice regarding the fee hearing was served upon all parties on the attached service list, on the 30th day of December, 2011

/s/Jeffrey C. Dan

## SERVICE LIST

United States Trustee *
Dirksen Federal Court House
219 South Dearborn St., Ste. 873
Chicago, IL 60604

Adam C. Toosley, Esq.*
Clark Hill PLC
150 N. Michigan Ave., Suite 2700
Chicago, Illinois 60601

Lucien LaGrange Architects, Inc.*
224 South Michigan Ave.
Suite 1400
Chicago, IL 60604
Attn:   Lucien LaGrange

Douglas J. Lipke, Esq. *
Pearl A. Zager, Esq.
Vedder Price P.C.
222 N. LaSalle St., Suite 2600
Chicago, IL 60601

Lori A. Butler *
U.S. Government Attorney
1200 K. Street, N.W., Suite 340
Washington, DC 20005-4026

Andrew J. Annes, Esq. *
Schenk, Annes, Brookman & Tepper, Ltd.
311 South Wacker Drive, Suite 5125
Chicago, IL 60606-6657

Robert J. Rudnik*
The Prime Goup, Inc.
321 N. Clark Street
Suite 2500
Chicago, IL 60654

Adam M. Hecht*
The Law Offices of Adam M. Hecht, P.C.
707 Skokie Blvd.
Northbrook, IL 60062

Mark C. Friedlander*
Schiff Hardin Llp
Sears Tower 233 S. Wacker Dr.
Suite 6600
Chicago, IL 60606

Christopher J. Harney *
Querrey & Harrow Ltd.
175 W. Jackson Blvd.
Suite 1600
Chicago, IL 60604-2827

William J. Connelly, Esq. *
Hinshaw & Culbertson LLP
222 N. LaSalle Street - Suite 300
Chicago, IL 60601

James A. Young*
James A. Young & Associates, Ltd.
47 DuPage Court
Elgin, IL 60120

Elizabeth Sickelka *
Matthew T. Gensburg
Greenberg Traurig, LLP
77 West Wacker Dr., Suite 3100
Chicago, IL 60601

Robert T. Boylan*
Foran Glennon Palandech Ponzi & Rudloff
222 N. LaSalle St., Suite 1400
Chicago, IL 60601

Michael Radencich*
Timarco Radencich Schwartz & Mrazek LLC
1775 Legacy Circle
Naperville, IL 60563

Alecta Real Estate USA, LLC
Mid-America Asset Mgmt-605 NMA
One Parkview Plaza
Oakbrook Terrace, IL 60181

American Chartered Bank
Attn: HSA Processing Department
PO Box 5994
Carol Stream, IL 60197-5994

American Express
Box 0001
Los Angeles, CA 90096

Amy Graves
1130 North Dearborn
Apt. 3201
Chicago, IL 60610

Archtech Consulting, Inc.
111 E. Busse Ave.
Suite 601
Mount Prospect, IL 60056-3249

Areus Conulting, Inc
3923 N Wayne Avenue
Chicago, IL 60613

Arts Club of Chicago
201 East Ontario Street
Chicago, IL 60611

AT Conference Inc.
PO Box 2939
Southampton, NY 11969

AT&T Mobility
P.O. Box 6463
Carol Stream, IL 60197-6428

Beijing Jing Fa Real Estate
Mr. Neng Zhang, Charirman
6th Floor, Unit Guanhu, Int'l Bldg No 10
Beijing China 100025

Best Imaging Solutions, Inc.
20 East Randolph St.
Mezz Floor
Chicago, IL 60601-3604

CDW Direct, LLC
PO Box 75723
Chicago, IL 60675-5723

Charter Sills & Associates
3808 West Springfield
Champaign, IL 61822

Chicago Union Station Company
C/O Jones Lang & LaSalle
Americas(IL)L.P
2100 South Canal Street, Suite 107
Chicago, IL 60606

Citibusiness Card
Box 6001
The Lakes, NV 88901-6001

Colliers, Bennett & Kahnweiler
400 North Michigan Avenue, Ste 600
Chicago, IL 60611

Commonwealth Edison Company
PO Box 6111
Carol Stream, IL 60197-6111

Continental Charter Services, Inc.
1200 West 35th Street
Chicago, IL 60609

Cornerstone National Bank & Trust
One West Northwest Highway
Palatine, IL 60067

Curtain Wall Design Consulting Inc
8070 Park Lane
Suite 400
Dallas, TX 75231-3836

Daniel Weinbach & Partners, Ltd
53 West Jackson
Suite 250
Chicago, IL 60604

Deltek Systems, Inc.
PO Box 79581
Baltimore, MD 21279-0581

Desman Associates
49 West 37th Street
Fifth Floor
New York, NY 10018

Dexia Credit Local
C/O Waveland Partners, LLC
70 East Lake Street, Suite 1500
Chicago, IL 60601

Dickinson Group, LLC
205 West Wacker Drive
Suite 1800
Chicago, IL 60606

Digital Imaging Resources, Inc.
650 W. Lake Street
Suite 120
Chicago, IL 60661

Donald Weisberg
11 East Division
Unit 3
Chicago, IL 60610

Dynamex
12837 Collections Center Drive
Chicago, IL 60693

Environmental Systems Design
175 West Jackson Blvd.
Suite 1400
Chicago, IL 60604

Essam A. Albakr
Evcom Investments
P.O. Box 64149
Riyadh Saudi Arabia 11536

Federal Express Corp.
PO Box 94515
Palatine, IL 60094-4515

First Choice Coffee Services
3535 Commercial Ave.
Northbrook, IL 60062

First Elysian Properties, LLC
11 East Walton Street
Chicago, IL 60611

Garvey's Office Products
PO Box 66667
Chicago, IL 60666-0667

Ground Engineering Consultants, Inc
350 Pfingsten Road
Unit 106
Northbrook, IL 60062

Halvorson and Partners, P.C.
600 West Chicago Ave.
Suite 650
Chicago, IL 60654

Hugh Lighting Design
115 S. Marion Street
Suite 100
Oak Park, IL 60302

IMICO West End, LLC
C/O Extell Financial Services, Inc
9410 Bunsen Parkway, Ste 350
Louisville, KY 40220

Iron Mountain
PO Box 27128
New York, NY 10087-7128

Jenkins & Huntington, Inc.
5 Climax Road
Avon, CT 06001

Jessica Lagrange Interiors
605 North Michigan Avenue
Suite 400
Chicago, IL 60611

Lerch Bates - US
8089 S. Lincoln
Suite 300
Littleton, CO 80122

Madaen Star R Estate
Po Box 41795
Riyadh Saudi Arabia 11531

MB Real Estate
181 W Madison, Ste 3900
Chicago, IL 60602

Mighty Maids inc.
2950 N. Sheffield
Chicago, IL 60657

Park Tower
800 N. Michigan Ave.
Chicago, IL 60606

Paychex, Inc.
PO Box 4482
Carol Stream, IL 60197-4482

PHA Lighting Design
1145 Zonolite Road
Suite 10
Atlanta, GA 30306

Pitney Bowes Inc.
PO Box 856390
Louisville, KY 40285-6390

Prism Development Company, LLC
222 N LaSalle St, Suite 2600
Chicago, IL 60601

Project Leadership Associates Inc.
200 West Adams, Suite 250
Chicago, IL 60606

Rohner Letterpress
3729 North Ravenswood Ave.
Suite 117
Chicago, IL 60613

Saudi Binladin Group (PBAD)
Po Box 9887
Jeddah KSA 21423

Schiff Hardin LLP
6600 Sears Tower
Chicago, IL 60606-6473

Shiner & Associates, Inc.
225 West Washington St.
Suite 1625
Chicago, IL 60606

State Farm Insurance
Insurance Support Center
Po Box 680001
Dallax, TX 75368

Terra Foundation for American Art
980 N Michigan Ave, Ste 1315
Chicago, IL 60611

TGRWA, LLC
407 S. Dearborn St.
Suite 900
Chicago, IL 60605

The Prime Group, Inc
321 North Clark Street, Ste 250
Chicago, IL 60610

Uline, Inc.
Attn: Accounts Receivable
220 S. Lakeside Drive
Waukegan, IL 60085

V3 Companies
7325 Janes Ave.
Suite 100
Woodridge, IL 60517

V3-Middle East Engineering Const.Co
P.O. Box 5480
Riyadh Saudi Arabia 11422

Water Technology, Inc.
100 Park Ave.
P.O. Box 614
Beaver Dam, WI 53916

William Zbaren
2232 W. Giddings
Chicago, IL 60625

Willis of Illinois, Inc
425 N Martingale Road
Ste 1100
Schaumburg, IL 60173

WKP Design LLC
1055 W. Bryn Mawr Ave.
Suite F 180
Chicago, IL 60660

XO Communications LLC
14242 Collections Center Drive
Chicago, IL 60693-0142

Yearian & Associates, Ltd
825 East Rand Road
#230
Arlington Heights, IL 60004

Young H. Ki & Associates
8 South Michigan Ave.
Suite 300
Chicago, IL 60603

MEI Studio
352 W. Parkwood Ct.
Palatine, IL 60067

Illinois Department of Revenue
Rot Discovery Section
PO Box 19020
Springfield, IL 62794-9020

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| LUCIEN LAGRANGE ARCHITECTS, LTD. | ) Case No. 10-31268 |
| Debtor. | ) Judge Susan Pierson Sonderby |

### NOTICE OF HEARING ON MOTION FOR ALLOWANCE OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES TO DEBTOR'S COUNSEL AND DEBTOR'S SPECIAL COUNSEL

**TO ALL CREDITORS AND PARTIES IN INTEREST:**

PLEASE TAKE NOTICE that on December 30, 2011, The Debtor filed a Motion for Allowance of Final Compensation and Reimbursement of Expenses for the Debtor's Counsel, Crane, Heyman, Simon, Welch & Clar ("CHSWC"), thereby requesting the sum of $11,032.50 for legal services rendered to the Debtor for the period commencing September 1, 2011 through and including November 8, 2011, plus costs advanced for the same period in the sum of $584.63.

PLEASE TAKE NOTICE that on December 30, 2011, The Debtor filed a Motion for Allowance of Final Compensation and Reimbursement of Expenses for the Debtor's Special Counsel, Robert Boylan and the Law firm of Foran, Glenon, Palandech, Ponzi & Rudloff ("Foran"), thereby requesting the sum of $41,006.00 for legal services rendered to the Debtor for the period commencing May 1, 2011 through and including November 8, 2011, plus costs advanced for the same period in the sum of $132.77.

PLEASE TAKE NOTICE that on December 30, 2011, The Debtor filed a Motion for Allowance of Final Compensation and Reimbursement of Expenses for the Debtor's Special Counsel, Mark Friedlander and the law firm of Schiff Hardin LLP ("Schiff"), thereby requesting the sum of $275.00 for legal services rendered to the Debtor for the period commencing June 18, 2011 through and including November 8, 2011, plus costs advanced for the same period in the sum of $3.80.

PLEASE TAKE NOTICE that on December 30, 2011, The Debtor filed a Motion for Allowance of Final Compensation and Reimbursement of Expenses for the Debtor's Special Counsel, David Howard and The Howard Law Firm ("Howard"), thereby requesting the sum of $9,780.00 for legal services rendered to the Debtor for the period commencing June 6, 2011 through and including November 8, 2011, plus costs advanced for the same period in the sum of $412.00.

PLEASE TAKE FURTHER NOTICE that any person objecting to the CHSWC, Foran, Schiff and Howard Motions, are directed to file their objection(s) in writing with the Clerk of the United States Bankruptcy Court, 219 South Dearborn Street, Chicago, Illinois 60604, on or before the hour of 4:30 p.m., on the **20th day of January, 2012**, with a copy of said objection(s) to be simultaneously served upon Jeffrey C. Dan, Crane, Heyman, Simon, Welch & Clar, 135 South LaSalle, Suite 3705, Chicago, Illinois 60603.

PLEASE TAKE FURTHER NOTICE that a hearing on the CHSWC, Foran, Schiff and Howard Motions, together with objections timely filed, if any, will be held before the Honorable Susan Pierson Sonderby, Bankruptcy Judge, Courtroom No. 642, 219 South Dearborn Street, Chicago, Illinois, on the **25th day of January, 2012**, at the hour of **10:00 a.m.**, at which time and place you may appear if you so see fit.

DATED: December 30, 2011

**DEBTOR'S COUNSEL:**
David K. Welch, Esq.
(Atty. No. 06183621)
Arthur G. Simon, Esq.
(Atty. No. 03124481)
Jeffrey C. Dan, Esq.
(Atty. No. 06242750)
Crane, Heyman, Simon, Welch & Clar
135 South LaSalle Street, Suite 3705
Chicago, IL 60603
TEL: (312) 641-6777
FAX: (312) 641-7114
W:\Jeff\Lagrange Architects\Pay CHSWC.Final.Fee Notice.wpd

1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LUCIEN LAGRANGE ARCHITECTS, LTD. | ) ) ) | Case No. 10-31268 |
| | ) | Judge Susan Pierson Sonderby |
| Debtor/Debtor-in-Possession. | ) | |

**MOTION FOR ALLOWANCE OF FINAL COMPENSATION AND
REIMBURSEMENT OF EXPENSES TO DEBTOR'S
SPECIAL COUNSEL**

LUCIEN LAGRANGE ARCHITECTS, LTD., Debtor herein, by and through its Attorneys, makes its motion pursuant to Section 330 of the Bankruptcy Code for allowance of interim compensation and reimbursement of expenses for legal services rendered by Debtor's Special Counsel, Mark Friedlander and the law firm of Schiff Hardin LLP ("Schiff"), for the period June 18, 2011 through November 8, 2011; and in support thereof, states as follows:

**Introduction**

1. On July 14, 2010, the Debtor filed its voluntary petition for relief under Chapter 11 of the Bankruptcy Code.

2. The Debtor is operating its business and managing its financial affairs as Debtor-in-Possession. No trustee or examiner has been appointed to serve in this Chapter 11 case. No trustee, examiner or committee of unsecured creditors has been appointed to serve in this Chapter 11 case.

3. On August 12, 2010, this Court entered an Order authorizing the retention of Schiff, retroactive to July 14, 2010, to represent the Debtor as its corporate counsel and in litigation in the Circuit Court of Cook County, Illinois under Case No. 2010 L 3058, entitled *Board of Directors of 800 N. Michigan Avenue Condominium Association v. Park Tower LLC, et al* and an arbitration matter entitled *First Elysian Properties LLC v. Lucian Lagrange Architects, Ltd.*, pending before the American Arbitration Association under case no. 51 110v Y 934 10.

4. On November 8, 2011, this Court entered an Order confirming the Debtor's Plan of Liquidation ("Plan").

5. By this Motion, the Debtor requests an allowance of interim compensation and reimbursement of expenses to Schiff in the amounts of $275.00 and $3.80 respectively, for legal services rendered to the Debtor during the period June 18, 2011 through November 8, 2011, as itemized in **Exhibit A** attached hereto.

6. Schiff has received a prior allowance of interim compensation and expenses in this Chapter 11 case in the aggregate amount of $65,368.67 ("Interim Allowance"). The Interim Allowance has been paid by the Debtor. The Debtor also requests that this Court approve the Interim Allowance under Section 330 of the Bankruptcy Code.

7. This Court has jurisdiction over this matter pursuant to 28 U.S.C. Sections 157 and 1334. This matter is a "core" proceeding within th meaning of 28 U.S.C. Section 157(b)(2)(A) and (O).

8. The statutory predicates for the relief requested in this Motion are Section

330 of the Bankruptcy Code and Rules 2002(a) and 2016(a) of the Federal Rules of Bankruptcy Procedure.

**Relevant Factual Background**

9. The Debtor is a long standing architectural firm. The Debtor has been engaged in projects throughout the United States and other parts of the world.

10. The general economic downturn, and more specifically the downturn in real estate industry, has greatly reduced the number of new engagements for the Debtor, almost to the point of non-existence of new business.

11. The Debtor confirmed its Plan in this Chapter 11 case and part of that Plan included pursuing certain litigation to obtain funds to pay creditors. Schiff is defending certain litigation against the Debtor, for which there is insurance coverage. Schiff has also advised the Debtor regarding issues in the litigation to obtain funds to pay creditors and has filed certain mechanic's liens on behalf of the Debtor

**Interim Compensation
and Expenses Requested**

12. The attorneys at Schiff representing the Debtor are litigators that have significant experience in the matters upon which they have been engaged by the Debtor. Schiff's legal services exclusively relate to the above-referenced matter involving the State Court Litigation.

13. The hourly rates as usually charged by Schiff in matters of this nature are as follows:

| **Attorney** | **Rate** |
|---|---|
| Mark C. Friedlander | $605.00[1] |

14. The total amount of time expended by Schiff during the period June 18, 2011 through November 8, 2011, is 1.00 hours for a total of $275.00[2], and Schiff seeks reimbursement of expenses for that period in the amount of $3.80, which includes copies and scans charged at ten cents per copy.

**Conclusion**

15. Other than as provided in Section 504(b) of the Bankruptcy Code, Schiff has not shared, nor agreed to share, any compensation received as a result of this case with any person, firm or entity. The sole and exclusive source of compensation shall be funds of the Debtor.

16. The Debtor asserts that the compensation sought and the expenses for which reimbursement is sought in this Motion are fair and reasonable and were for the actual and necessary legal services rendered. The Debtor further asserts that the cost of legal services rendered for and on behalf of the Debtor is comparable to the cost of similar services in matters other than under the Bankruptcy Code.

WHEREFORE, LUCIEN LAGRANGE ARCHITECTS, LTD., Debtor herein, prays for the entry of an Order allowing final compensation and reimbursement of expenses to Schiff in the amounts of $275.00 and $3.80, respectively; allowing the Interim

---

[1] As an accommodation, the billing rate for Mark C. Friedlander on litigation matters was charged at $275.00.

[2] Schiff performed additional work for the Debtor resulting in fees and expenses totaling $126,732.84. This amount is to be paid by the insurer for the Debtor.

-4-

Allowances under Section 330 of the Bankruptcy Code; and granting such other relief as may be just and appropriate.

>Respectfully Submitted,
>
>Lucien Lagrange Architects, LTD.,
>Debtor
>
>By: /s/Jeffrey C. Dan
>         One of Its Attorneys

**DEBTOR'S COUNSEL**:
David K. Welch, Esq. (Atty. No. 06183621)
Jeffrey C. Dan, Esq. (Atty. No. 06242750)
Crane, Heyman, Simon, Welch & Clar
135 S. LaSalle Street, Suite 3705
Chicago, Illinois  60603
(312) 641-6777
W:\Jeff\Lagrange Architects\Pay Special Counsel Friedlander Final.mot.wpd