IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| LUCIEN LAGRANGE ARCHITECTS, ) | Case No. 10-31268 |
| LTD. ) | Judge Timothy A. Barnes |
| ) | |
| Debtor. ) | |

## NOTICE OF MOTION

TO:   ATTACHED SERVICE LIST:

PLEASE TAKE NOTICE that on the 22nd day of March, 2016 at 10:30 a.m. or as soon thereafter as counsel can be heard, I shall appear before the Honorable Timothy A. Barnes, Bankruptcy Judge, in the room usually occupied by him as courtroom 744, in the United States Bankruptcy Court in the Everett McKinley Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, or before any other Judge who may be sitting in his place and stead and shall present the **Motion For Final Decree**, a copy of which is attached hereto and herewith served upon you, and shall pray for the entry of an Order in compliance therewith.

AT WHICH TIME and place you may appear if you so see fit.

/s/Jeffrey C. Dan
Crane, Heyman, Simon, Welch & Clar
l35 S. LaSalle St., Suite 3705
Chicago, Illinois 60603
(3l2) 64l-6777

## CERTIFICATE OF SERVICE

STATE OF ILLINOIS   )
                    )
COUNTY OF COOK      )

The undersigned, being first duly sworn on oath deposes and states that he caused a copy of the foregoing Notice of Motion to be served on all the parties listed on the attached service list via the Court's Electronic Filing System (ECF) and first class mail, properly addressed, postage pre-paid, on the 16th day of March, 2016, before the hour of 5:00 p.m.

/s/Jeffrey C. Dan

**SERVICE LIST**

United States Trustee
Dirksen Federal Court House
219 South Dearborn Street
Suite 873
Chicago, IL 60604

Adam C. Toosley, Esq.
Clark Hill PLC
150 N. Michigan Ave., Suite 2700
Chicago, Illinois 60601

Lucien LaGrange Architects, Inc.
224 S. Michigan Ave., Suite 1400
Chicago, IL 60604
Attn:    Lucien LaGrange

Douglas J. Lipke, Esq.
Pearl A. Zager, Esq.
Vedder Price P.C.
222 N. LaSalle St., Suite 2600
Chicago, IL 60601

Lori A. Butler
U.S. Government Attorney
1200 K. Street, N.W., Suite 340
Washington, DC 20005-4026

Andrew J. Annes, Esq.
Schenk, Annes, Brookman & Tepper, Ltd.
311 South Wacker Drive, Suite 5125
Chicago, IL 60606-6657

Robert J. Rudnik
The Prime Goup, Inc.
321 N. Clark Street
Suite 2500
Chicago, IL 60654

Adam M. Hecht
Strauss & Malk LLP
135 Revere Drive
Northbrook, IL 60062

Mark C. Friedlander
Schiff Hardin Llp
Sears Tower 233 S. Wacker Dr.
Suite 6600
Chicago, IL 60606

Christopher J. Harney
Querrey & Harrow Ltd.
175 W. Jackson Blvd.
Suite 1600
Chicago, IL 60604-2827

William J. Connelly, Esq.
Hinshaw & Culbertson LLP
222 N. LaSalle Street - Suite 300
Chicago, IL 60601

James A. Young
James A. Young & Associates, Ltd.
47 DuPage Court
Elgin, IL 60120

Elizabeth Sickelka
Matthew T. Gensburg
Greenberg Traurig, LLP
77 West Wacker Dr., Suite 3100
Chicago, IL 60601

Roger J. Perlstadt
Marc O. Beem
Miller Shakman & Beem LLP
180 North LaSalle Street, Suite 3600
Chicago, IL 60601

Gary E. Green
Clark Hill PLC
150 N. Michigan Ave., #2700
Chicago, IL 60601

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| LUCIEN LAGRANGE ARCHITECTS, | ) | Case No. 10-31268 |
| LTD. | ) | Judge Timothy A. Barnes |
| | ) | |
| Debtor. | ) | |

## MOTION FOR ENTRY OF FINAL DECREE

LUCIEN LAGRANGE ARCHITECTS, LTD., Debtor herein ("Debtor"), by and through their attorneys, in support of their Motion for Entry of Final Decree, hereby state as follows:

1. On July 14, 2010, the Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code (the "Petition Date").

2. No trustee, examiner or committee of unsecured creditors was appointed to serve in this Chapter 11 case.

3. On November 8, 2011, this Court entered an Order confirming the Debtor's Plan of Liquidation.

4. The Plan has been substantially consummated within the meaning of Section 1101(2) of the Bankruptcy Code. Payments are being sent to all creditors in full and final satisfaction of all claims

5. The Debtor respectfully requests this Court enter a Final Decree pursuant to Rule 3022 of the Rules of Bankruptcy Procedure and close this bankruptcy case, with a specific reservation of the Court's jurisdiction with respect to the matter stated above.

WHEREFORE, for the foregoing reasons, the Debtor, LUCIEN LAGRANGE ARCHITECTS, LTD., pray for the entry of a Final Decree closing this Chapter 11 case and for such other relief as may be just and appropriate.

          Respectfully submitted,
          LUCIEN LAGRANGE ARCHITECTS, LTD,
          Debtor,


By: /s/ Jeffrey C. Dan
    One of Their Attorneys


**DEBTOR'S COUNSEL**:
David K. Welch, Esq. (Atty. No. 06183621)
Jeffrey C. Dan, Esq. (Atty. No. 06242750)
Crane, Heyman, Simon, Welch & Clar
135 S. LaSalle Street, Suite 3705
Chicago, Illinois  60603
(312) 641-6777
W:\Jeff\Lagrange Architects\Final Decree.MOT.wpd