UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 10-31268 |
| LUCIEN LAGRANGE ARCHITECTS, LTD. | ) ) ) | Chapter: 11 |
| | ) ) | Honorable Timothy A. Barnes |
| | ) ) | |
| Debtor(s) | ) | |

## FINAL DECREE

THIS MATTER COMING TO BE HEARD upon the Motion of the Debtor, LUCIEN LAGRANGE ARCHITECTS, LTD., for Entry of Final Decree, the Court having entered an Order Confirming the Debtor's Plan of Liquidation on November 8, 2011, due notice having been given, and the Court being fully advised in the premises:

THE COURT HEREBY FINDS that the Debtor's Plan of Liquidation has been substantially consummated; and accordingly,

IT IS HEREBY ORDERED that a Final Decree is entered and this estate is hereby closed.

Enter:

Dated: SEP 03 2016

United States Bankruptcy Judge

**Prepared by:**
DEBTOR'S COUNSEL:
David K. Welch, Esq. (Atty. No. 06183621)
Jeffrey C. Dan, Esq. (Atty. No. 06242750)
Crane, Heyman, Simon, Welch & Clar
135 S. LaSalle Street, Suite 3705
Chicago, Illinois 60603
(312) 641-6777

Rev: 20130104_bko